FILED: November 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1821
(9:11-cv-00395-SB)

_____

JAMES P. SCHEIDER, JR.; TAFFY G. SCHEIDER

      Plaintiffs - Appellants

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDA Mortgage Loan 2006-AR2 Mortgage Pass-Through Certificates, Series 2006-AR2 under the Pooling and Servicing Agreement dated August 1, 2006; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED; ONEWEST BANK, F.S.B.

      Defendants - Appellees

and

INDYMAC BANK FEDERAL BANK; MERS, INCORPORATED; MORTGAGE NETWORK INCORPORATED; INTERNAL REVENUE SERVICE; JOHN DOE 1-1000, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Beaufort County, South Carolina; INDYMAC MBS INCORPORATED

      Defendants

_____

## O R D E R

_____

Upon consideration of submissions relative to the motion for certification of questions to New York State Court of Appeals, the court denies the motion.

The clerk is directed to schedule oral argument in this appeal during the next available session of court.

                For the Court

                /s/ Patricia S. Connor, Clerk