UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __13-1821__     Caption: __Scheider v. Deutsche Bank National Trust Co. et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__OneWest Bank, FSB and IndyMac Mortgage Services, a division of OneWest Bank, FSB__
(name of party/amicus)

_____

 who is ____Appellee(s)____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   OneWest Bank, FSB operates as a subsidiary of OneWest Bank Group LLC. OneWest Bank is a privately held company. Additionally, IndyMac Mortgage Services is a division of OneWest Bank, FSB, which operates as a subsidiary of OneWest Bank Group LLC. OneWest Bank is a privately held company.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

10/28/2013 SCC                                 - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☑YES ☐NO
If yes, identify entity and nature of interest:

> Ocwen Loan Servicing, LLC acquired the servicing rights to the Appellants' mortgage loan from Appellee IndyMac Mortgage Services, a division of OneWest Bank, FSB. Ocwen Loan Servicing, LLC is a subsidiary of Ocwen Financial Corp., which is publicly traded on the New York Stock Exchange.

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐YES ☑NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: s/Jeffrey M. Anderson   Date: 12/13/13

Counsel for: OneWest Bank, FSB and IMMS

## CERTIFICATE OF SERVICE
**************************

I certify that on 12/13/13 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Roberts Vaux
Antonia T. Lucia
Mark S. Berglind
Vaux & Marscher, PA
P.O. Box 769
Bluffton, SC 29910

s/ Jeffrey M. Anderson   12/13/13
(signature)   (date)

- 2 -